UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EFKO FOOD INGREDIENTS LTD.,         :

               Plaintiff,         :

- against -         :    ECF CASE

PACIFIC INTER-LINK SDN BHD,         :

               Defendant.         :
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED
## PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     NONE.

Dated: July 21, 2008
      New York, NY

                                    The Plaintiff,
                                    EFKO FOOD INGREDIENTS LTD.,

                        By: _____
                                Lauren C. Davies (LD 1980)
                                Thomas L. Tisdale (TT 5263)
                                TISDALE LAW OFFICES, LLC
                                11 West 42nd Street, Suite 900
                                New York, NY 10036
                                (212) 354-0025 – phone
                                (212) 869-0067 – fax
                                ldavies@tisdale-law.com
                                ttisdale@tisdale-law.com