UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
EFKO FOOD INGREDIENTS LTD.,  :

        Plaintiff,  :

    - against -  :    08 Civ. 6480 (CM)
            ECF CASE

PACIFIC INTER-LINK SDN BHD,  :

        Defendant.  :
---------------------------------------------------X

Oleksiy Sereda, hereby declares under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am an attorney-at-law of Astapov Lawyers International Law Group, acting as the representative of the Plaintiff in this action. I make this Declaration on behalf of EFKO in support of its attachment, pursuant to Rule B of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims and in opposition to the motion to vacate filed by defendant PACIFIC INTER-LINK SDN BHD ("defendant" or "PIL").

2. Hereby I do confirm that I speak both Russian and English and that I have made the oral translation of Mr. Lyashenko's declaration as well as Mr. Bakusev's declaration line by line in detail.

3. I have also translated the documents which are included to the declarations of Mr. Lyashenko and Mr. Bakusev

4. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.


Dated: 19 August 2008
      Ukraine, Kyiv

                                                      Oleksiy Sereda

1