424-08/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
Pacific Inter-Link Sdn Bhd
80 Pine Street
New York, NY 10005
(212) 425-1900 / (212) 425-1901 fax

Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EFKO FOOD INGREDIENTS, LTD.,

       08 CIV 6480 (CM)

    Plaintiff,

       **NOTICE OF RESTRICTED**
 -against-     **APPEARANCE**

PACIFIC INTER-LINK SDN BHD,

    Defendant.
-----------------------------------------------------------x

  PLEASE TAKE NOTICE that Freehill, Hogan & Mahar LLP hereby enters a restricted appearance pursuant to Rule E(8) on behalf of Defendant, PACIFIC INTER-LINK SDN BHD in the captioned action; and,

  PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should be served on Freehill, Hogan & Mahar LLP at the address indicated herein and/or via email to kahn@freehill.com, as counsel for PACIFIC INTER-LINK SDN BHD. We certify that we are admitted to practice in this Court.

Dated: New York, New York
   August 21, 2008

          FREEHILL HOGAN & MAHAR, LLP
          Attorneys for Defendant
          PACIFIC INTER-LINK SDN BHD

          By: _____
          Lawrence J. Kahn (LK 5215)
          80 Pine Street
          New York, NY 10005
          (212) 425-1900 / (212) 425-1901 fax

TO: Thomas Tisdale, Esq.
Lauren Davies, Esq.
Tisdale Law Offices, LLC
*Attorneys for Plaintiff*
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 / (212) 869-0067 fax