GEORGE K. FREEHILL
WILLIAM L. JUSKA, JR
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR ▲
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*❋
DANIEL J. FITZGERALD*▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
❋ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3013

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 356-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 29 2008

August 22, 2008

OUR REF: 424-08/LJK

**MEMO ENDORSED**

By Facsimile: (212) 805-6326
The Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

By Facsimile: (212) 805-6304
The Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 735
New York, NY 10007

Re:   EFKO Food Ingredients, Ltd. v. Pacific Inter-Link Sdn Bhd
      08 CIV 6480 (CM)

Dear Judges McMahon and Crotty:

We represent Defendant Pacific Inter-Link Sdn Bhd ("PIL") with respect to this matter and write to request an adjournment of the present motion schedule, with consent of opposing counsel. This is our first request for such an adjournment.

The current schedule requires PIL to file its reply by today's close of business. Opposing counsel has consented to allow PIL to file its reply instead by close of business on August 28. The hearing date for this motion has not yet been set, but the parties agree that it should be scheduled at the Court's convenience during the week of September 8, or alternatively during the week of September 22. It is the undersigned's understanding that such a schedule will bring this application back before Judge McMahon instead of before Judge Crotty, who is currently Part I. A copy of the Order to Show Cause with the originally scheduled dates is attached for the Court's ease of reference.

NYDOCS1/311173.1

The Hon. Colleen McMahon, et. al.
August 22, 2008
Page 2

We thank the Court for its courtesy and consideration of this request.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Lawrence J. Kahn

Enclosure
LJK

cc:   By Facsimile: (212) 869-0067
      Thomas Tisdale, Esq.
      Lauren Davies, Esq.
      Tisdale Law Offices, LLC
      Attorneys for Plaintiff
      11 West 42nd Street, Suite 900
      New York, NY 10036

Applications GRANTED. The Hearing is set For Wednesday, 9/24/08 at 2:00pm in Courtroom 21-B.

SO ORDERED: AUG 29 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Part I

NYDOCS1/311173.1

FREEHILL, HOGAN & MAHAR LLP

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR
JAMES L. ROSS*
ERIC C. LENCK
JOHN J. WALSH†
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA J. SCHULTZ*†
DANIEL J. FITZGERALD*▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
♦ ALSO ADMITTED IN WASHINGTON, D.C.
▲ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

August 27, 2008

OUR REF: 424-08/LJK

By Facsimile: (212) 805-6326
The Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

By Facsimile: (212) 805-6304
The Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 735
New York, NY 10007

Re: EFKO Food Ingredients, Ltd. v. Pacific Inter-Link Sdn Bhd
08 CIV 6480 (CM)

Dear Judges McMahon and Crotty:

We represent Defendant Pacific Inter-Link Sdn Bhd ("PIL") with respect to this matter and write to request a slight further adjournment of the present motion schedule. This is our second request for an adjournment with respect to this motion (the first request was granted). We requested opposing counsel's consent to this request, but they have not responded. We do not know why opposing counsel has failed to respond to this request.

The current schedule requires PIL to file its reply by close of business tomorrow August 28. The reason this adjournment is necessary is for the purpose of dealing with the numerous late submissions in response to PIL's motion made by Plaintiff EFKO. Pursuant to the original schedule (set with the consent of EFKO), EFKO's response was due in full on August 20. EFKO, however, has – on each and every successive business day following its deadline (August 21, 22, 25 and 26) – submitted additional material in response. Each successive late submission

NYDOCS1/311485.1

The Hon. Colleen McMahon, et. al.
August 22, 2008
Page 2

has prejudiced PIL's ability to compose a full and complete reply, and given the time difference between New York and Malaysia where PIL is located, communication and adjustments to the reply have been made all the more difficult and complicated. PIL submits that such late filings are all improper and objects to same.

As a result of EFKO's first late filing on August 21, EFKO voluntarily consented to extend PIL's time for a reply 5 business days, and the Court granted this request. PIL respectfully submits that it is just and equitable under the circumstances to allow PIL to have 4 additional business days (assuming there are no further late submissions by EFKO), i.e., until close of business on Thursday September 4, to file its reply. Inasmuch as the Rule E(4)(f) hearing has not yet been scheduled but is understood to be scheduled sometime on or after September 8, it is further respectfully submitted that there would be no need to adjust the Court's calendar or the anticipated date of the hearing as a result of such additional time, if granted.

We thank the Court for its courtesy and consideration of this request.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Lawrence J. Kahn

Enclosure
LJK

cc:  By Facsimile: (212) 869-0067
     Thomas Tisdale, Esq.
     Lauren Davies, Esq.
     Tisdale Law Offices, LLC
     Attorneys for Plaintiff
     11 West 42nd Street, Suite 900
     New York, NY 10036

NYDOCS1/311485.1

FREEHILL, HOGAN & MAHAR LLP

GEORGE B FREEHILL
WILLIAM I JUSKA, IN
JAMES L ROSS'
ERIC E LENCK
JOHN J. WALSH'
PATRICK J. BONNER'
PETER J CUTOWSKI
MARK F MULLER
WAYNE D MEEHAN'
DON P MURNANE, JR ▲
THOMAS M RUSSO
THOMAS M CANEVARI'
MICHAEL FERNANDEZ'
JOHN F. KARPOUSIS'▲
MICHAEL E UNGER'
WILLIAM J PALLAS'
GINA M VENEZIA'▲
LAWRENCE J KAHN'
BARBARA G CARNEVALE'
MANUEL A. MOLINA
JUSTIN T. NASTRO'
PAMELA L SCHULTZ''
DANIEL J FITZGERALD''▲
MICHAEL C ELLIOTT'
JAN P GISHOLT'

' ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON D.C.
" ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

August 28, 2008

OUR REF: 424-08/LJK

By Facsimile: (212) 805-6326
The Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

By Facsimile: (212) 805-6304
The Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 735
New York, NY 10007

Re: EFKO Food Ingredients, Ltd. v. Pacific Inter-Link Sdn Bhd
08 CIV 6480 (CM)

Dear Judges McMahon and Crotty:

We represent Defendant Pacific Inter-Link Sdn Bhd ("PIL") with respect to this matter and write further to our request of yesterday for a slight further adjournment of the present motion schedule to report that opposing counsel has now been in touch and consents to the requested adjournment, which results in PIL's reply being filed and served by close of business on Thursday September 4 instead of today.

The Rule E(4)(f) hearing is respectfully requested to be scheduled at the Court's convenience during the week of September 8. We are advised that counsel for Plaintiff will not be available during the week of September 15.

NYDOCS1/311510.1

The Hon. Colleen McMahon, et al.
August 28, 2008
Page 2

      We thank the Court for its courtesy and consideration of this request.

                      Respectfully submitted,

                      FREEHILL HOGAN & MAHAR LLP

                      Lawrence J. Kahn

Enclosure
LJK

cc:   By Facsimile: (212) 869-0067
      Thomas Tisdale, Esq.
      Lauren Davies, Esq.
      Tisdale Law Offices, LLC
      Attorneys for Plaintiff
      11 West 42nd Street, Suite 900
      New York, NY 10036

M. MAHON, S.

242-01/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Attorneys for Defendant
Pacific Inter-Link Sdn Bhd
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EFKO FOOD INGREDIENTS, LTD.,

                Plaintiff,

  -against-

PACIFIC INTER-LINK SDN BHD,

                Defendant.
----------------------------------------------------------X

08 CV 6480 (CM)

**ORDER TO SHOW CAUSE**

      WHEREAS, Plaintiff EFKO FOOD INGREDIENTS, LTD. ("EFKO") filed this action to seek security pursuant to Rule B against the Defendant PACIFIC INTER-LINK SDN BHD ("PIL") alleging damages in connection with a failure to supply a quantity of palm olien; and

      WHEREAS, EFKO has obtained an order of attachment under Rule B and has obtained full security as requested; and

      WHEREAS, PIL has moved this Court to vacate the attachment for an alleged want of maritime jurisdiction and has also sought other relief, including damages for wrongful attachment; and

      WHEREAS, EFKO has refused or otherwise failed to voluntarily release PIL's funds; and

NYDOCS1/310369.1                 1

WHEREAS, no prior request for this or any similar relief has been sought in this action,

NOW, UPON THE MOTION pursuant to Supplemental Admiralty Rule E and Local Admiralty Rule E.1 (which defines the term "prompt hearing" set forth in Rule E to mean "within three court days") of PIL, the supporting Kahn Affirmation with exhibits, Sach Declaration with exhibits and Rastogi Declaration with exhibits, PIL's supporting Memorandum of Law, and all the pleadings and proceedings had herein,

LET PLAINTIFF EFKO SHOW CAUSE before the Honorable Colleen McMahon, United States District Judge, at 500 Pearl Street, Courtroom 21D, New York, New York, on the 15 day of August, 2008, at ____ o'clock, or as soon thereafter as counsel can be heard, why an order compelling EFKO to release PIL's funds should not be granted and granting PIL interest, costs and attorneys fees incurred in connection with this matter; and

LET service of a copy of this Order and all supporting papers, if served upon EFKO's counsel in this action by hand or by courier to its offices at 11 West 42nd Street, Suite 900, New York, New York 10036, and/or by email to ttisdale@tisdale-law.com and ldavies@tisdale-law.com, on or before five o'clock p.m. on August 15, 2008 be deemed good and sufficient service; and

IT IS FURTHER ORDERED that answering papers, if any, including but not limited to Affidavit(s), Affirmation(s), Declaration(s), Exhibits and/or Memoranda of Law shall be filed and served so as to be received by counsel for PIL (Freehill Hogan & Mahar, LLP) at their offices as set forth above by hand, by courier and/or by email to kahn@freehill.com, on or before five o'clock on the 20 day of August, 2008, and

NYDOCS1/310569.1                          2

reply papers, if any, including but not limited to Affidavit(s), Affirmation(s), Declaration(s), Exhibits and/or Memoranda of Law shall be filed and served so as to be received by counsel for EFKO as aforesaid at or before five o'clock on the 22 day of August, 2008. A hearing will be held on the application at the aforementioned courtroom at ___ o'clock on _____, 2008. (TBD)

Dated: New York, New York
August __, 2008

_____
The Hon. ~~Colleen McMahon~~, U.S.D.J.
Richard Sullivan    Part I

TO:  Tisdale Law Offices
     *Attorneys for Plaintiff*
     11 West 42nd Street, Suite 900
     New York, NY 10036
        Attn: Thomas Tisdale, Esq.
              Lauren Davies, Esq.

The above-referenced dates are ordered with the consent of Defendants PIL.

NYDOCS1/310569.1                     3